**Order entered October 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00635-CR
No. 05-13-01385-CR
No. 05-13-01386-CR

**DAARON BUYCKS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-35389-N, F12-33600-N, F12-34766-N**

## ORDER

The Court **GRANTS** appellant's October 25, 2013 motion to set the briefing schedule as follows:

We **ORDER** the Dallas County District Clerk to file, by **NOVEMBER 12, 2013**, the clerk's records for trial court nos. F12-33600-N (05-13-01385-CR) and F12-34766-N (05-13-01386-CR).

We **ORDER** appellant to file his brief in all three of these appeals by **DECEMBER 16, 2013**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/     LANA MYERS
            JUSTICE